IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| QUENTIN T. LAWSON, on behalf of himself and all others similarly situated, | § § § | |
| *Plaintiff,* | § § | CASE NO. 6:19-cv-255-JCB-KNM |
| v. | § § § § | |
| KINGSTON DATA AND CREDIT INTERNATIONAL, INC., | § § | |
| *Defendant.* | | |

## ORDER

Before the Court is Plaintiff's Notice of Settlement. Doc. No. 20. Plaintiff has notified the Court that a settlement has been reached to resolve this matter and that the parties anticipate dismissing this action with prejudice within 60 days.  It is therefore

**ORDERED** that the parties or their counsel shall submit to the Court all papers necessary to close this case within **sixty (60) days** from the date of this Order.  If the parties do not move for additional time or such papers are not received by the Court by the scheduled deadline, the Court may order dismissal without further notice.  Within 60 days of a dismissal order, any party may petition to have the claims reinstated upon showing good cause as to why settlement was not in fact consummated. It is further

**ORDERED** that all pending deadlines are **STAYED** and that a status conference is **SET** for **Tuesday, October 29, 2019 at 10:00 a.m.,** in the Courtroom of Judge K. Nicole Mitchell. If

1

the parties file the necessary closing paperwork by the above-scheduled deadline, the status conference shall be cancelled.

So ORDERED and SIGNED this 28th day of August, 2019.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE